IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LAWRENCE, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DUPONT FABROS TECHNOLOGY, INC., LAMMOT J. DUPONT, MICHAEL A. COKE,  THOMAS D. ECKERT, FREDERIC V. MALEK, JOHN T. ROBERTS, JR., JOHN H. TOOLE, CHRISTOPHER P. ELDREDGE, MARY M. STYER<br><br>Defendants. | Case No.  1:17-cv-01465-RDM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Scott R. Haiber of Hogan Lovells US LLP, 100 International Drive, 20th Floor, Baltimore, MD 21202, an attorney duly admitted to this Court, hereby appears on behalf of defendants DuPont Fabros Technology, Inc., Lammot J. du Pont, Michael A. Coke, Thomas D. Eckert, Frederic V. Malek, John T. Roberts, Jr., John H. Toole, Christopher P. Eldredge and Mary M. Styer.

Dated:  August 28, 2017

Respectfully Submitted,

  /s/   Scott R. Haiber
Scott R. Haiber (Bar No. MD25947)
Hogan Lovells US LLP
100 International Drive, Suite 2000
Baltimore, MD 21202
410-659-2700 (telephone)
410-659-2701 (fax)
scott.haiber@hoganlovells.com

*Attorney for Defendants*
DUPONT FABROS TECHNOLOGY, INC.; LAMMOT J. DUPONT; MICHAEL A. COKE; THOMAS D. ECKERT; FREDERIC V. MALEK; JOHN T. ROBERTS, JR.; JOHN H. TOOLE; CHRISTOPHER P. ELDREDGE; MARY M. STYER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

/s/ Scott R. Haiber
Scott R. Haiber